

FILED ✓
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

MAR – 2 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANGELA OCKUNZZI,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　2:10-CR-0272-LDG (GWF)<br>)<br>)<br>)<br>) |

**ORDER OF FORFEITURE**

On March 2, 2011, defendant ANGELA OCKUNZZI pled guilty to the Criminal Information charging her in Count One with Conspiracy to Commit Bank Fraud in violation of Title 18, United States Code, Section 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Information.

This Court finds that ANGELA OCKUNZZI shall pay a criminal forfeiture money judgment of $10,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

.  .  .

.  .  .

.  .  .

1      THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United

2   States recover from ANGELA OCKUNZZI a criminal forfeiture money judgment in the amount of

3   $10,000.00 in United States Currency.

4      DATED this _2nd_ day of ___MARCH___, 2011.

5

6

7      _____
        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2